IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAMERON GASKINS,

    Plaintiff,

vs.                          CASE NO. 4:09-cv-461-SPM/WCS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 56). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 56) is *adopted* and incorporated by reference in this order.

2. Defendant's Motion for Summary Judgment (doc. 45) is *granted*.

3. This Clerk of Court is directed to enter judgment in favor of the Defendant.

DONE AND ORDERED this thirtieth day of March, 2011.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge